

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

| | |
|---|---|
| Appellate case name: | Juan Rubalcava v. Firmus Management & Construction d/b/a Ironhouse Flats |
| Appellate case number: | 01-20-00069-CV |
| Trial court case number: | C-1-CV-19-008735 |
| Trial court: | County Civil Court at Law No. 1 of Travis County |

Appellant, Juan Rubalcava, has filed a notice of appeal of the trial court's final judgment signed on December 3, 2019. The clerk's record filed in this Court includes appellant's "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond" filed in the trial court proceedings. *See* TEX. R. CIV. P. 145(a), (b), (c), 510.9(c). The clerk's record does not reflect that any motion to require appellant to pay costs or any contest to appellant's statement was filed. *See id.* 145(f), 510.9(c)(2).

**Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs.** *See* **TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 20.1.**

The reporter's record was due in this Court on February 3, 2020.[1] The court reporter notified the Clerk of this Court that there is a reporter's record and appellant has not paid, or made arrangements to pay, for preparation of the reporter's record. **The court reporter is directed to prepare and file with this Court a reporter's record at no cost to appellant.** *See* TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 35.3(b), (c). **The reporter's record is due to be filed no later than 30 days from the date of this order.** *See* TEX. R. APP. P. 35.1, 35.3(c).

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                 ☑ Acting individually     ☐ Acting for the Court

Date: ___April 16, 2020___

---

[1] The clerk's record was filed on January 23, 2020.